# UNITED STATES DISTRICT COURT

DISTRICT OF WYOMING

On Q Financial, LLC

V.

Jorns & Associates LLC
Justin Ward Jorns

**Case Number:**

---

## PRAECIPE

TO THE CLERK OF THIS SAID COURT:

Please issue a Summonses

in the above-entitled cause for:

Jorns & Associates LLC and Justin Ward Jones

s/Randall A. Rea

Randall A. Rea WSB# 8-6913
Attorney for Plaintiff

09/28/2026

Date