**BROWNSTEIN HYATT FARBER SCHRECK, LLP**
Randall A. Rea
WY Bar No.: 8-6913
Adam E. Lyons
(*pro hac vice* forthcoming)
1620 Central Avenue, Suite #100
Cheyenne, WY 82001
Tel: (307) 369-2880
rrea@bhfs.com
alyons@bhfs.com

**WEINER BRODSKY KIDER PC**
Mitchel H. Kider
(*pro hac vice* forthcoming)
Timothy P. Ofak
(*pro hac vice* forthcoming)
1300 19th Street NW, Fifth Floor
Washington, DC 20036
Tel: (202) 628-2000
kider@thewbkfirm.com
ofak@thewbkfirm.com

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF WYOMING**

ON Q FINANCIAL, LLC,

Plaintiff,

vs.

JORNS & ASSOCIATES LLC and JUSTIN WARD JORNS,

Defendants.

Case No. 2:26-cv-00277-KHR

**ON Q FINANCIAL, LLC'S F.R.C.P. 7.1(a) DISCLOSURE STATEMENT**

On Q Financial, LLC ("On Q") submits the following Federal Rule of Civil Procedure ("FRCP") 7.1(a) Disclosure Statement.

On Q is a limited liability company that has two members (John Bergman and On Q Holdings, Inc.) as described below, and no publicly traded corporation holds 10% or more of On Q's membership interests.

Under FRCP 7.1(a)(2), On Q provides the names and citizenship of every individual or entity whose citizenship is attributed to On Q as follows:

a. John Bergman is a natural person who is a citizen of the State of Texas.

b. On Q Holdings, Inc. is a corporation that is incorporated under the laws of the State of Texas and that maintains its principal place of business within the State of Texas.

Dated: October 30, 2026

Respectfully submitted,

*/s/ Randall A. Rea*

BROWNSTEIN HYATT FARBER SCHRECK, LLP
Randall A. Rea
WY Bar No.: 8-6913
Adam E. Lyons
(*pro hac vice* forthcoming)
1620 Central Avenue, Suite #100
Cheyenne, WY 82001
Tel: (307) 369-2880
rrea@bhfs.com
alyons@bhfs.com

WEINER BRODSKY KIDER PC
Mitchel H. Kider (*pro hac vice* forthcoming)
Timothy P. Ofak (*pro hac vice* forthcoming)
1300 19th Street NW, Fifth Floor
Washington, DC 20036
Tel: (202) 628-2000
kider@thewbkfirm.com
ofak@thewbkfirm.com

**ATTORNEYS FOR PLAINTIFF**