# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| ON Q FINANCIAL, LLC,<br><br>Plaintiff,<br>vs.<br><br>JORNS & ASSOCIATES LLC and JUSTIN W. JORNS,<br><br>Defendants. | Case No.: 2:26-CV-00277-KHR |

**DECLARATION OF RYAN WOLKOV IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS**

I, Ryan Wolkov, declare as follows:

1. I am an individual over the age of eighteen (18).

2. I have personal knowledge of the facts set forth in this declaration, and if called to do so, I could and would testify competently thereto.

3. I am a member of Plaintiff Jorns & Associates, LLC ("Jorns").

4. Jorns is a limited liability company organized under the laws of the State of Wyoming.

5. Jorns' mailing address in Wyoming is 30 N. Gould Street, Suite R, Sheridan, Wyoming 82801.

6. I am a U.S. citizen.

7. I do not live in the United States and have not lived in the United States since 2009.

8. I do not own any real property in the United States.

9. In 2009, I moved to Mexico, where I have lived continuously up to the date of this declaration.

10. I live in Mexico with my wife and two children.



Doc ID: 652e36e5615803f03e0a1cce058df8f27f83814b

11. My wife and I have Mexico Permanent Resident visas.

12. My children have dual United States and Mexican citizenship and attend school in Mexico.

13. I estimate that since moving to Mexico in 2009 that I spend fewer than 30 days per year in the United States, for occasional business and personal travel, with most trips lasting less than a week.

14. I intend to permanently reside in Mexico and have no present intention of moving back to the United States.

15. Likewise, when this case was filed on September 28, 2026, I intended to reside permanently in Mexico and had no intention of moving back to the United States.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 3, 2026

Ryan Wolkov



Doc ID: 652e36e5615803f03e0a1cce058df8f27f83814b